# United States Court of Appeals

## For the Eighth Circuit

_____

No. 15-1442

_____

Anthony Rizzuti

*Plaintiff - Appellant*

v.

Linda Sanders, Warden; Shantelle Miller, Nurse; Amy Jo Larsen, Director of Education; Lisa Landrigan, Re-entry Affairs Coordinator; Paul M. Laird, FBOP Regional Director; Harrell Watts, FBOP Administrator

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 24, 2015
Filed: July 29, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Anthony Rizzuti appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his pro se civil complaint. Upon careful de novo review, we conclude that the court properly dismissed the complaint for the reasons explained by the court in its order, see Plymouth Cnty., Iowa v. Merscorp, Inc., 774 F.3d 1155, 1158-59 (8th Cir. 2014) (standard of review), and that Rizzuti's arguments on appeal do not support reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.